NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LYNK LABS, INC.,**
*Plaintiff-Appellant*

v.

**HOME DEPOT U.S.A., INC., HOME DEPOT, INC., HOME DEPOT PRODUCT AUTHORITY, LLC,**
*Defendants-Appellees*

2025-2071, 2025-2079

Appeals from the United States District Court for the Northern District of Georgia in No. 1:21-cv-05021-VMC, Judge Victoria M. Calvert.

**O R D E R**

On August 29, 2025, this court received the Appellant's notice of appeal from the United States District Court for the Northern District of Georgia. Then, on September 2, 2025, the United States Court of Appeals for the Eleventh Circuit clerically transferred to this court an identical notice of appeal from Appellant, which had been sent to that court in error. Since these appeals arise from the same judgment and order, we now consolidate the two cases. Fed.

Cir. R. 12, *see* Practice Notes to Rule 12 ("Transferred Appeal").

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated, and thus one set of briefs should be filed for both appeals.

(2) Appellant's brief remains due no later than November 3, 2025.

FOR THE COURT

September 4, 2025
Date

Jarrett B. Perlow
Clerk of Court