# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**LYNK LABS, INC.,**
*Plaintiff-Appellant*

v.

**HOME DEPOT U.S.A., INC., HOME DEPOT, INC., HOME DEPOT PRODUCT AUTHORITY, LLC,**
*Defendants-Appellees*

No. 25-2071

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS PRINCIPAL BRIEF**

# CERTIFICATE OF INTEREST

1. The full names of the entity represented by undersigned counsel, and the real party in interest in this case, is Lynk Labs, Inc. ("Lynk").

2. There are no parent corporations for Lynk and no publicly held companies own 10% or more stock in Lynk.

3. The following are all law firms, partners, and associates that: (a) appeared for the entities in the originating court or agency; or (b) are expected to appear in this court for the entities, other than counsel that has already entered an appearance in this court:

Anna Shabalov
K & L Gates, LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222

James A. Shimota
Devon C. Beane (formerly of K&L Gates LLP)
Nelson M. Hua (formerly of K&L Gates LLP)
K&L Gates LLP
70 W. Madison Street Suite 3100
Chicago, Illinois 60602

Darlene Ghavimi (formerly of K&L Gates LLP)
Spencer Fane, LLP 816 Congress Avenue
Suite 1200 Austin, Texas 78701

Stephen G. Hill
Martha Logan Decker
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd, SE, Suite 1050
Atlanta, Georgia 30339

4.  There are no related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a).

5.  There is no information required under Fed. R. App. P. 26.1(b).

*/s/ George C. Summerfield*
George C. Summerfield

*Counsel for Appellant*
*Lynk Labs, Inc.*

Dated:  October 27, 2025

Counsel for the Appellant in the afore-captioned Appeal respectfully requests an extension of 30 days until Wednesday, December 3, 2025 in which to file its principal brief. Such brief is currently due on Monday, November 3, 2025. This is Appellant's first request for extension. The purpose for this request is Appellant's counsel's litigation schedule. Appellant's counsel has conferred with counsel for Appellees, who indicated that Appellees do not oppose the instant motion.

        Respectfully submitted.

        */s/ George C. Summerfield*
        George C. Summerfield
        K&L GATES LLP
        Suite 3708, Park Place
        1601 Nanjing Road West
        Jing An District, Shanghai, 200040
        Telephone: +86 21.2211.2051
        Fax: +86 185.1661.5272
        george.summerfield@klgates.com

        *Counsel for Appellant*
        *Lynk Labs, Inc.*

Dated: October 27, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**LYNK LABS, INC.,**
*Plaintiff-Appellant*

v.

**HOME DEPOT U.S.A., INC., HOME DEPOT, INC., HOME DEPOT PRODUCT AUTHORITY, LLC,**
*Defendants-Appellees*

No. 25-2071

**DECLARATION OF GEORGE C. SUMMERFIELD IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

I, George C. Summerfield, hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law, and I am admitted to practice before this Court. I am a partner with the law firm of K&L Gates LLP, and counsel of record for Appellant Lynk Labs, Inc. ("Lynk") in this appeal. I make this declaration in support of Lynk's unopposed motion for a 30-day extension of time in which to file the principal brief from Monday, November 3, 2025 to Wednesday, December 3, 2025.

2. All the facts set out in the motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

Executed on this 27th day of October 2025.

                                            */s/ George C. Summerfield*
                                            George C. Summerfield

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally spaced typeface and includes 452 words, excluding the parts exempted by the Rules.

*/s/ George C. Summerfield*
George C. Summerfield

Dated: October 27, 2025.