**No. 25-2071**

# United States Court of Appeals for the Federal Circuit

LYNK LABS, INC.,

                                                                                                              Plaintiff-Appellant

v.

HOME DEPOT U.S.A., INC., HOME DEPOT, INC., HOME DEPOT PRODUCT AUTHORITY, LLC,

                                                                                                              Defendants-Appellees

Appeal from the United States District Court, District of Georgia,
Case No. 1:21-cv-05021-VMC

**UNOPPOSED MOTION OF APPELLEES FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

                                                        Nicholas G. Papastavros
                                                        **DLA PIPER LLP (US)**
                                                        33 Arch Street, 26th Floor
                                                        Boston, MA 02110-1447
                                                        Tel: 617.406.6019

| | |
|---|---|
| Stanley J. Panikowski<br>**DLA PIPER LLP (US)**<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Tel: 858.677.1400 | Jennifer Librach Nall<br>Brian K. Erickson<br>**DLA PIPER LLP (US)**<br>303 Colorado St., Suite 3000<br>Austin, TX 78701<br>Tel: 512.457.7000 |
| Mary C. Dahl<br>**DLA Piper LLP (US)**<br>3203 Hanover Street, Suite 100<br>Palo Alto, CA 94304<br>Tel: 650.833.2000 | Benjamin Mueller<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Tel: 312.368.4000 |

*Attorneys for Appellee Home Depot U.S.A., Inc.*

FORM 9. Certificate of Interest Form 9 (p. 1)
 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number:** 2025-2071; 2025-2079

**Short Case Caption:** Lynk Labs, Inc. v. Home Depot U.S.A., Inc.

**Filing Party/Entity:** Home Depot U.S.A., Inc., The Home Depot Inc., Home Depot Product Authority, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

**Date:** Dec. 16, 2025 **Signature:** /s/ Jennifer Librach Nall

 **Name:** Jennifer Librach Nall

FORM 9. Certificate of Interest                                   Form 9 (p. 2)
                                                                  March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Home Depot U.S.A., Inc. | | HD Operations Holding Company, Inc. |
| The Home Depot, Inc. | | The Home Depot, Inc. |
| Home Depot Product Authority, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐     Additional pages attached

FORM 9. Certificate of Interest                                     Form 9 (p. 3)
                                                                    March 2023

| 4. Legal Representatives. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). |||
|---|---|---|
| ☐ None/Not Applicable | ☐ Additional pages attached ||
| Chris Katsantonis | Jackob Ben-Ezra | Christopher G. Campbell |
| Aaron G. Fountain | Michael Gniwisch | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). Please do not duplicate information. This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

| 6. Organizational Victims and Bankruptcy Cases. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). |||
|---|---|---|
| ☑ None/Not Applicable | ☐ Additional pages attached ||
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellees Home Depot U.S.A., Inc., Home Depot, Inc., and Home Depot Product Authority, LLC ("Appellees") move for a 14-day extension of time to file their response brief in this appeal. Counsel for Appellant Lynk Labs Inc. ("Lynk") has informed counsel for Appellees that Lynk does not oppose this motion.

Appellees' brief is currently due on January 12, 2026. Appellees request a 14-day extension of time so that the new due date would be January 26, 2026. Appellees have not previously requested or received an extension of time for its response brief in this appeal.

Good cause supports a 14-day extension of time for Appellees to file their response brief. The main reasons for the 14-day extension request consist of the other professional obligations of Appellees' counsel, Jennifer Librach Nall, including holiday travel.

For these reasons, Appellees respectfully ask this Court to grant a 14-day extension of time to file their response brief in this appeal, up to and including January 26, 2026.

Dated: December 16, 2025                    Respectfully submitted,

                                            */s/ Jennifer Librach Nall*
                                            Jennifer Librach Nall

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally spaced typeface and includes 175 words, excluding the parts exempted by the Rules.

Dated: December 16, 2025

*/s/ Jennifer Librach Nall*
Jennifer Librach Nall
